UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    No. 2:09-cv-02942-MCE

SK FOODS, L.P.
                                          **ORDER**
         Debtor,

SS FARMS, LLC, et al.,

         Appellant.


----oo0oo----


    The Court is in receipt of the Application for Order Shortening Time filed on Friday afternoon, November 6, 2009, by Appellants SS Farms, LLC, SSC Farming, LLC, SSC Farming 1, LLC, SSC Farming 2, LLC, and Scott Salyer ("Appellants").  Appellants' Application asks that the Court shorten the time for a hearing on Appellant's Motion for Emergency Stay, pending appeal, of an Order by the bankruptcy court in this matter.  Appellants request a hearing date of this Thursday, November 12, 2009.

1

Appellants represent that the bankruptcy trustee is not opposed to hearing the Motion for Stay on Shortened Time.

From the Court's preliminary review of this matter, it appears that the only pressing time constraint at this matter is the fact that the bankruptcy court already denied a request for stay filed by Appellants, instead opting to issue a temporary stay remaining in effect until November 16, 2009, so that this Court may take appropriate action on its own in the interim. Otherwise, prior to the bankruptcy court's order, it seems the dispute has remained in a holding pattern, given the bankruptcy trustee's voluntary agreement to take no action with respect to the disputed data until following the bankruptcy court's decision.  Now that the bankruptcy court has decided the matter and its decision has been appealed, Appellants in essence seek to simply continue the already-existing status quo until their appeal has been adjudicated.

Given the Veteran's Day holiday on Wednesday, November 11th, and the already constrained logistics of fully briefing what appears to be a complicated matter in advance of the proposed November 12, 2009 hearing date, the Court declines to hear Appellants' Motion at that time.  Instead, so that the issues can be fully explicated by all parties in advance of any hearing date on the Motion for Emergency Stay, the hearing on said Motion (Docket No. 7) will be set for Thursday, December 10, 2009 at 2:00 p.m.  Opposition, if any, will be due not later than Wednesday, November 25, 2009; the deadline for any reply is Wednesday, December 2, 2009.

///

1  Pending the December 10, 2009 hearing on Appellants' Motion
2 for Stay, the Court further orders that the temporary stay on
3 implementation of the bankruptcy order in question be continued
4 from November 16, 2009, until such time as the Court issues its
5 ruling on Appellants' Motion.
6  Given the present Order, Appellant's Ex Parte Application
7 for Order Shortening Time (Docket No. 5) is DENIED as moot.
8  IT IS SO ORDERED.

Dated: November 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE